UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Scott Griffin McAlister**,
SSN: xxx–xx–5183    EIN: NA
   1810 Division Street
   Noblesville, IN 46060
      Debtor.

Case No. **23–03861–JMC–13**

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on January 12, 2024, by Debtor Scott Griffin McAlister. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by February 12, 2024, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  January 15, 2024

Eric R. Kleis
Clerk, U.S. Bankruptcy Court